AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Bernardo Aniceto GARZA | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 23, 2023____ in the county of ____Webb____ in the ____Southern____ District of ____Texas____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 United States Code, Section 1324 | knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:

See attachment "A".

☑ Continued on the attached sheet.

/S/ Johnathan Johnston

*Complainant's signature*

Johnathan Johnston, HSI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____08/24/2023____

*Judge's signature*

City and state: ____Laredo, Texas____      Hon. Christopher dos Santos, U.S. Magistrate Judge

*Printed name and title*

United States of America                                                              Page 2

         v.

Bernardo Aniceto GARZA

[CONT OF BASIS OF COMPLAINT]

I, Johnathan Johnston, declare and state as follows:

1.  On August 23, 2023, U.S. Border Patrol Agents (BPAs) received information from the Laredo Police Department (LPD) about a human smuggling event that was to be conducted by black Ford Raptor; hereinafter, referred to as the Raptor. BPAs, assisted by a Customs and Border Protection (CBP) helicopter (Troy), located, and followed the Raptor.

2.  BPAs observed the Raptor pick up three, female, undocumented non-citizens (UNCs) from a silver truck. This activity was consistent with human smuggling. BPAs and Troy maintained constant visual of the Raptor from the pickup location until observing the Raptor drive into 7170 TX-359 (7170), Laredo, TX. Troy observed three females exit the Raptor and get into a red semi-tractor. This activity was consistent with human smuggling in which undocumented noncitizens (UNCs) are loaded into a commercial vehicle to be transported to the interior United States. BPAs continued constant visual surveillance of the Raptor, as it departed the area, until LPD performed a traffic stop on the Raptor and discovered the driver was Bernardo Aniceto GARZA. GARZA was taken into custody.

3.  BPAs entered 7170 and approached the red tractor where they observed the three females. Two adult females, along with one minor female were all determined through immigration inspections to be UNCs who were illegally present in the U.S.

4.  Homeland Security Investigations (HSI) Special Agents (SAs) responded to the South BP station to conduct post-arrest interviews. GARZA was read his Miranda Rights in the English language. GARZA acknowledged he understood his rights and invoked his right to an attorney.

5.  HSI SAs identified material witnesses Yeni Carolina MAGANA-Sandoval, a citizen of El Salvador and Devora ZUNIGA-Cruz a citizen of Mexico. Both material witnesses stated they were illegally present inside the United States. MAGANA-Sandoval stated she illegally entered the United States by way of Mexico by crossing the Rio Grande River by wading or swimming. MAGANA-Sandoval stated arrangements were made with members of a human smuggling organization(s) (HSO) for them to be transported to the interior of the U.S. Both material witnesses stated smuggling fees were paid for them to be smuggled into the United States. MAGANA-Sandoval did not identify GARZA from a photo line-up.